Randall J. Sunshine, Esq. (SBN: 137363)
rsunshine@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiff
DOLARIAN CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| DOLARIAN CAPITAL, INC., | Case No. 1:11-CV-00031-LJO-SMS |
| Plaintiff, | **ORDER** |
| vs. | |
| SOC, LLC, a limited liability company of unknown origin, | |
| Defendant. | |

## ORDER

The Court, having considered Plaintiff Dolarian Capital Inc.'s ("Dolarian") substitution of attorney request, HEREBY GRANTS the request and orders that the law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP be substituted in as attorney of record for Dolarian.

IT IS SO ORDERED.

Dated:   January 26, 2011              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

0020254/001/ 48556441v01

1 | 
2 | 
3 | 
4 | 
5 | 
6 | 
7 | 
8 | 
9 | 
10 | 
11 | 
12 | 
13 | 
14 | 
15 | 
16 | 
17 | 
18 | 
19 | 
20 | 
21 | 
22 | 
23 | 
24 | 
25 | 
26 | 
27 | 
28 | 

**Error! Unknown document property name./Error! Unknown document property name./ Error! Unknown document property name.**41v**Error! Unknown document property name.**