# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLARIAN CAPITAL, INC., | Case No. 1: 11-cv-0031-LJO-BAM |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SOC, LLC., | HEARING:<br>April 23, 2012 at 9:00am<br>Courtroom 8 (BAM) |
| Defendant. | **PERSONAL APPEARANCE REQUIRED BY PLAINTIFF OR PLAINTIFF'S NEW COUNSEL** |

**TO DOLARIAN CAPITAL, INC. AND ITS REPRESENTATIVES:**

On March 30, 2012, this Court granted the motion of attorney Nick S. Movaghar and the law firm of Liner Grode Stein Yankelevitz Regenstreif & Taylor LLP to withdraw as counsel of record for Plaintiff Dolorian Capital, Inc.

Plaintiff is ADMONISHED that pursuant to Local Rule 183, Dolarian Capital Inc. cannot appear in or prosecute this case without new counsel and must diligently secure new counsel as soon as possible.

Plaintiff is also advised that an ORDER TO SHOW CASE is SET for April 23, 2012 at 9:00 am in Courtroom 8. A representative of Dolarian Capital Inc., or its new counsel, is ORDERED to personally appear at this conference. If new counsel does not appear, Dolorian Capital must be prepared to show cause why its complaint in this action should not be dismissed. If new counsel

/////

1

appears, Counsel should be prepared to set new discovery dates which will accommodate the current trial date.

    The Clerk of the Court is DIRECTED to serve a copy of this order on Dolarian Capital Inc. at 1284 West Shaw Avenue, Suite 102, Fresno, CA 93711.

    Failure to appear at the Order to Show Cause hearing or abide by this Court's order will result is a recommendation of dismissal.

IT IS SO ORDERED.

**Dated:**   **March 30, 2012**                  **/s/ Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE