# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLARIAN CAPITAL, INC., | ) Case No. 1: 11-cv-0031-LJO-BAM |
| Plaintiff, | ) ERRATA TO ORDER GRANTING |
| | ) MOTION TO WITHDRAW AS COUNSEL |
| v. | ) OF RECORD (Doc.30) |
| SOC, LLC., | ) |
| Defendant. | ) |

The Court's Order Granting Motion to Withdraw as Counsel of Record is revised as follows as indicated in bold type:

Page 1, Line 20: "Before the Court is the motion of attorney Nick S. Movaghar, **Randall J. Sunshine,** and the law firm of Liner Grode Stein Yankelevitz Regenstreif & Taylor LLP ("Counsel") to withdraw as counsel of record for Plaintiff Dolorian Capital, Inc. ("Plaintiff")."

Page 4, Line 26: "3.  The Clerk of the Court is ORDERED to RELIEVE Nick S. Movaghar**, Randall J. Sunshine, and** Liner Grode Stein Yankelevitz Regenstreif & Taylor LLP as counsel for Plaintiff."

Accordingly, as revised, the order relieves Nick S. Movaghar**,** Randall J. Sunshine and Liner Grode Stein Yankelevitz Regenstreif & Taylor LLP as counsel for Plaintiff.

IT IS SO ORDERED.

**Dated:   April 3, 2012**          **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1