# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLARIAN CAPITAL, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOC, LLC.,<br><br>　　　　　Defendant. | Case No. 1: 11-cv-0031-LJO-BAM<br><br>ERRATA TO ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD (Doc.30) |

　　The Court's Order Granting Motion to Withdraw as Counsel of Record is revised as follows as indicated in bold type:

　　Page 1, Line 20: "Before the Court is the motion of attorney Nick S. Movaghar, **Randall J. Sunshine,** and the law firm of Liner Grode Stein Yankelevitz Regenstreif & Taylor LLP ("Counsel") to withdraw as counsel of record for Plaintiff Dolorian Capital, Inc. ("Plaintiff")."

　　Page 4, Line 26: "3.  The Clerk of the Court is ORDERED to RELIEVE Nick S. Movaghar**, Randall J. Sunshine, and** Liner Grode Stein Yankelevitz Regenstreif & Taylor LLP as counsel for Plaintiff."

　　Accordingly, as revised, the order relieves Nick S. Movaghar**,** Randall J. Sunshine and Liner Grode Stein Yankelevitz Regenstreif & Taylor LLP as counsel for Plaintiff.

　　IT IS SO ORDERED.

　　Dated:   April 3, 2012　　　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1