1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DOLARIAN CAPITAL, INC.,

        Plaintiff,

  v.

SOC, LLC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1: 11-cv-0031-LJO-BAM

**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER SETTING STATUS CONFERENCE**

**STATUS CONFERENCE:**
    May 21, 2012 at 8:30am
    Courtroom 8 (BAM)

**PERSONAL APPEARANCE REQUIRED BY PLAINTIFF'S NEW COUNSEL**

On March 30, 2012, this Court issued an Order to Show Cause ("OSC") requiring a representative of Plaintiff Dolarian Capital or its new counsel to appear in person at a show cause hearing set for April 23, 2012 at 9:00 am.  Plaintiff was admonished that if new counsel did not appear at the hearing, a representative of Dolarian Capital must be prepared to show cause why its complaint in this action should not be dismissed.  The OSC came on regularly for a hearing on April 23, 2012 before Judge Barbara A. McAuliffe.  Representative Ara Dolarian appeared in person on behalf of Plaintiff Dolarian Capital and Counsel Tara Lee appeared by telephone on behalf of Defendant SOC, LLC.

At the hearing, Mr. Dolarian represented to the Court that he is diligently interviewing law firms in an effort to retain new counsel.  Mr. Dolarian indicated that part of the difficulty in Plaintiff finding new counsel has been due to the late receipt of Plaintiff's client file from former counsel.  The Court noted that this action has been pending for over a year and trial is set for early November

1

2012.  Plaintiff's two previous attorneys have sought withdrawal in this matter, and Plaintiff has been on notice since late February that retaining new counsel would be necessary.  Notwithstanding the previous delay in hiring a new attorney, Mr. Dolarian requested an additional 60-days to locate new counsel.  The Court agrees to allow a final 30-days for Plaintiff to retain new counsel.

Accordingly, IT IS HEREBY ORDERED that:

1.      The March 30, 2012 order to show cause is DISCHARGED.  (Doc.  31).

2.      New Counsel for Plaintiff must appear in person at a STATUS CONFERENCE SET for May 21, 2012 at 8:30 am in Department 8 before Judge Barbara A.  McAuliffe. New Counsel should be prepared to set new discovery dates which will accommodate the November 5, 2012 trial date.

3.      The Clerk of the Court is DIRECTED to serve a copy of this order on Dolarian Capital Inc. at 1284 West Shaw Avenue, Suite 102, Fresno, CA 93711.

**This Court admonishes Plaintiff that dismissal of the complaint will be recommended if new counsel fails to appear in person as attorney of record at the May 21, 2012 status conference.**

IT IS SO ORDERED.

Dated:   __April 25, 2012__          _____/s/ **Barbara A. McAuliffe**_____
                                                                    UNITED STATES MAGISTRATE JUDGE