TARA M. LEE, (Bar No. CA-204221)
JOSEPH C. DAVIS (Admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
11911 Freedom Drive, Suite 300
Reston, VA  20190
Tel:  703.773.4000
Fax:  703.773.5000

BRAD BLOODWORTH (Admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, N.W.
Washington, D.C.  20004
Tel:  202.799.4537
Fax:  202.799.5537

*Attorneys for Defendant/Counterclaim-Plaintiff SOC, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLARIAN CAPITAL, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SOC, LLC, <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO. 1:11-CV-00031-LJO-DLB <br><br> **DEFENDANT/COUNTERCLAIM-PLAINTIFF SOC, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY OF ITS SEPTEMBER 11, 2012 REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> Date:　　Friday, November 30, 2012 <br> Time:　　9:00 a.m. <br> Location: U.S. District Court for E.D. California <br>　　　　2500 Tulare Street <br>　　　　Fresno, CA 95501 |

PLEASE TAKE NOTICE that on **Friday, November 30, 2012 at 9:00 a.m.**, or as soon

thereafter as the matter may be heard by this Court, Defendant/Counterclaim-Plaintiff SOC, LLC

("SOC"), by its undersigned counsel and pursuant to Rule 37 of the Federal Rules of Civil

Procedure, respectfully will and hereby does move this Court to compel Plaintiff/Counterclaim-

Defendant Dolarian Capital, Inc. ("DCI") to produce without objection all non-privileged

documents responsive to SOC's September 11, 2012 request for documents as listed in Schedule

"B" of SOC's September 11, 2012 Rule 30(b)(6) Notice of Deposition of Dolarian Capital, Inc.,

and Request for Production of Documents.

DLA PIPER LLP (US)

CASE NO. 1:11-CV-00031-LJO-DLB
DEFENDANT/COUNTERCLAIM-PLAINTIFF SOC, LLC'S NOTICE OF MOTION AND MOTION TO
COMPEL DISCOVERY OF ITS SEPTEMBER 11, 2012 REQUEST FOR PRODUCTION OF DOCUMENTS

1    SOC's Motion is based on this Notice of Motion, the accompanying Memorandum of

2  Points and Authorities in Support of its Motion to Compel Discovery of its September 11, 2012

3  Request for Production of Documents, all other pleadings and matters of record in this case, and

4  such other evidence of which this Court may take judicial notice.  A proposed order is included.

5    Pursuant to Fed. R. Civ. P. 26(1) and Local Rule 251, counsel for the undersigned certify

6  they have conferred with counsel for DCI in a good faith effort to resolve the issues raised by this

7  Motion.  The parties conferred by email on September 18 and September 21, 2012, and in person

8  at SOC's Rule 30(b)(6) Deposition of DCI on October 19, 2012, to attempt to resolve DCI's

9  failure to produce the Schedule "B" documents by the due date of October 10, 2012.

10    WHEREFORE, for the reasons stated in SOC's Memorandum of Points and Authorities in

11  Support of its Motion to Compel Discovery of its September 11, 2012 Request for Production of

12  Documents, SOC respectfully requests that this Court grant the instant Motion.

15  Dated:  October 24, 2012                SOC, LLC

16                                          By:  /s/ Tara M. Lee

17                                          Tara M. Lee (Bar No. CA-204221)
                                            Joseph C. Davis (Admitted *Pro Hac Vice*)
18                                          **DLA PIPER LLP (US)**
                                            11911 Freedom Drive, Suite 300
19                                          Reston, VA  20190
                                            Tel:  703.773.4000
20                                          Fax:  703.773.5000

21                                          Brad Bloodworth (Admitted *Pro Hac Vice*)
                                            **DLA PIPER LLP (US)**
22                                          500 Eighth Street, N.W.
                                            Washington, D.C.  20004
23                                          Tel:  202.799.4537
                                            Fax:  202.799.5537

25                                          *Attorneys for Defendant/Counterclaim-
                                            Plaintiff SOC, LLC*

27  EAST\52588263.1

28
DLA PIPER LLP (US)