TARA M. LEE, (Bar No. CA-204221)
JOSEPH C. DAVIS (Admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
11911 Freedom Drive, Suite 300
Reston, VA 20190
Tel: 703.773.4000
Fax: 703.773.5000

BRAD BLOODWORTH (Admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, N.W.
Washington, D.C. 20004
Tel: 202.799.4537
Fax: 202.799.5537

*Attorneys for Defendant/Counterclaim-Plaintiff SOC, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLARIAN CAPITAL, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> SOC, LLC, <br><br> Defendant/Counterclaim-Plaintiff. | CASE NO. 1:11-CV-00031-LJO-DLB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT/COUNTERCLAIM-PLAINTIFF SOC, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY OF ITS SEPTEMBER 11, 2012 REQUEST FOR PRODUCTION OF DOCUMENTS** |

Having considered Defendant/Counterclaim-Plaintiff SOC, LLC's ("SOC") Motion to Compel Discovery, SOC's Memorandum of Points and Authorities in Support of its Motion to Compel Discovery, it is hereby ORDERED, this ___ day of _____, 2012, that:

1. Plaintiff/Counterclaim-Defendant Dolarian Capital, Inc. ("DCI") shall produce without objection all non-privileged documents responsive to SOC's September 11, 2012 request for documents as listed in Schedule "B" of SOC's September 11, 2012 Rule 30(b)(6) Notice of Deposition of Dolarian Capital, Inc., and Request for Production of Documents; and

/////

/////

DLA PIPER LLP (US)

CASE NO. 1:11-CV-00031-LJO-DLB
[PROPOSED] ORDER GRANTING DEF./COUNTERCLAIM-PLTF SOC, LLC'S NOTICE OF MOTION & MOTION TO COMPEL DISCOVERY OF ITS SEPTEMBER 11, 2012 REQ. FOR PROD. OF DOCUMENTS

EAST\52613232.1

2. DCI shall pay SOC's reasonable fees and expenses incurred in bringing this Motion.

Dated: November ___, 2012.

_____
United States Magistrate Judge

DLA Piper LLP (US)

CASE NO. 1:11-CV-00031-LJO-DLB
[PROPOSED] ORDER GRANTING DEF./COUNTERCLAIM-PLTF SOC, LLC'S NOTICE OF MOTION & MOTION TO COMPEL DISCOVERY OF ITS SEPTEMBER 11, 2012 REQ. FOR PROD. OF DOCUMENTS

EAST\52613232.1