IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLARIAN CAPITAL, INC., | CASE NO. CV F 11-0031 LJO SAB |
| Plaintiff, | **ORDER TO VACATE DEFENSE SUMMARY JUDGMENT MOTION** |
| vs. | (Doc. 112.) |
| SOC, LLC, | |
| Defendant. | |
| _____ / | |
| AND RELATED COUNTER-ACTION. | |
| _____ / | |

On February 8, 2013, defendant-counterclaimant SOC, LLC ("SOC") filed its summary judgment papers which fail to comply with Local Rule 260(a) ("Each motion for summary judgment . . . shall be accompanied by a "Statement of Undisputed Facts" that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact.") The dispositive motion filing deadline has passed. As such, this district judge STRIKES SOC's summary judgment papers for disobedience of Local Rule 260(a) and VACATES the March 6, 2013 hearing. This district judge will neither consider nor rule on SOC's pending summary judgment motion,

1

and plaintiff-counterdefendants need not respond the pending summary judgment papers.  This district judge is disinclined to grant SOC relief to refile summary judgment papers given that the dispositive motion deadline has passed.

      This district judge SETS a conference before U.S. Magistrate Judge Stanley A. Boone on February 27, 2013 at 9:30 a.m. in Dept. 6 to address resetting the vacated trial date and if the parties consent to Magistrate Judge Boone for all purposes, any other relief or matters he may entertain.

      IT IS SO ORDERED.

**Dated:   February 11, 2013**         /s/  **Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE