TARA M. LEE, (Bar No. CA-204221)
JOSEPH C. DAVIS (Admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
11911 Freedom Drive, Suite 300
Reston, VA  20190
Tel:  703.773.4000
Fax:  703.773.5000

BRAD BLOODWORTH (Admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, N.W.
Washington, D.C.  20004
Tel:  202.799.4537
Fax:  202.799.5537

*Attorneys for Defendant/Counterclaim-Plaintiff SOC, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLARIAN CAPITAL, INC., | CASE NO. 1:11-CV-00031-MJS |
| Plaintiff/Counterclaim-Defendant, | **ORDER RESETTING DATE OF SEPTEMBER 16, 2013 SETTLEMENT CONFERENCE.** |
| v. | |
| SOC, LLC, | |
| Defendant/Counterclaim-Plaintiff. | |

On June 27, 2013, at the request of the parties, the Court set a settlement conference in this matter for September 16, 2013 at 10:30 AM in Courtroom 9.  Defendant/Counterclaim-Plaintiff SOC LLC has requested that the settlement conference be rescheduled for September 9, 2013. Plaintiff/Counterclaim-Defendant Dolarian Capital, Inc. consents to this request.

Accordingly, for good cause shown, it is ORDERED that the Settlement Conference in this matter is RESCHEDULED for September 9, 2013 at 10:30 AM in Courtroom 9 before Magistrate Judge Stanley A. Boone.  Confidential settlement statements are due directly to chambers one week before the conference.
IT IS SO ORDERED.

Dated:  **July 1, 2013**

UNITED STATES MAGISTRATE JUDGE