# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLARIAN CAPITAL INC., | CASE NO. 1:11-cv-00031-MJS |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | FOURTEEN DAY DEADLINE |
| SOC, LLC, | |
| Defendant. | |

A settlement conference in this action is set for September 9, 2013, at 10:30 a.m. before the undersigned. (ECF No. 128.) Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court one week prior to the conference date. The Court has timely received the confidential statement from Defendant SOC, however no statement has been received from Plaintiff. This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma.

Since Plaintiff has failed to comply with the order requiring the confidential settlement statement to be submitted to the Court, the September 9, 2013 settlement conference shall be vacated. Should the parties desire another settlement conference date, they shall confer and contact the courtroom deputy with available dates. However, no settlement conference shall be set until Plaintiff submits a meaningful confidential settlement statement to the Court.

To the extent that Defendant may have incurred costs as a result of preparing to appear at the settlement conference, the Court will entertain a motion for reimbursement of costs. Defendant shall file and notice any such motion within fourteen days from the date of service of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for September 9, 2013, is VACATED;
2. The Court will re-set the settlement conference only upon the filing of a meaningful settlement conference statement by the Plaintiff and at a time convenient to all parties and the Court; and
3. If Defendants desire to recover costs incurred as a result of preparing to appear at the settlement conference, a motion shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:** **September 6, 2013**

UNITED STATES MAGISTRATE JUDGE