1

2

3

4

5

# UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| DOLARIAN CAPITAL, INC., | Case No. 1:11-cv-00031-MJS |
|         Plaintiff/Counterclaim-Defendant, | **VOLUNTARY DISMISSAL OF ACTION** |
|         v. | **(ECF No. 171)** |
| ARA DOLARIAN, | |
|         Counterclaim-Defendant, | **CLERK SHALL CLOSE CASE** |
|         v. | |
| SOC LLC, | |
|         Defendant/Counterclaim-Plaintiff. | |

20

21

22

23

24

25

26

27

28

        Dolarian Capital, Inc. ("DCI") DCI initiated this action January 5, 2011, alleging breach of contract, breach of the covenant of good faith and fair dealing, fraud and an account stated against SOC, LLC ("SOC") relating to an alleged contract for sale of approximately one million dollars in arms and ammunition. SOC filed an answer and counterclaim for breach of contract, breach of the covenant of good faith, unjust enrichment and fraud against DCI. SOC later amended its counterclaim to name Ara Dolarian ("Dolarian") as a counterclaim defendant and to add a cause of action to recover against him personally on an "alter ego" theory.

        On August 7, 2014, the parties filed a stipulation for voluntary dismissal of this action

1

1  with prejudice with each party to bear its own litigation costs and attorney's fees. (ECF No.

2  171.)

3          Under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff may dismiss an action without a court

4  order by filing a stipulation of dismissal. The parties' August 7, 2014 stipulation is sufficient

5  as a stipulation of dismissal under Rule 41.

6          Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with

7  prejudice pursuant to the parties' stipulation. The Clerk shall CLOSE this case.

8
9  IT IS SO ORDERED.

10      Dated:   __August 8, 2014__           /s/ *Michael J. Seng*

11                                           UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28